JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL, an individual,<br><br>      Plaintiff,<br><br>   v.<br><br>LAMONT REALTY CORP., a New York corporation; JUD REALTY LLC, a New York limited liability company; J.C. BUYERS LLC, a New York limited liability company; and Does 1-10,<br><br>      Defendants. | Case No.: 2:21-cv-04337-MWF-KES<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  May 25, 2021<br>Trial Date:    Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Ed Hull's action against Defendants Lamont Realty Corp., Jud Realty LLC, and J.C. Buyers LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: September 7, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge